UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAW OFFICE OF STUART R. BERKOWITZ, )<br>LLC, )<br> )<br>          Plaintiff, )<br>vs. )<br> )<br>REHAB MISSOURI, LLC, et al., )<br> )<br>          Defendants. ) | Case No. 4:14CV1565 RLW |

## **ORDER**

This matter is before the Court upon its review of the record. Plaintiff's petition was removed to this Court on September 11, 2014. (ECF No. 1). On March 25, 2015, the Court entered a Case Management Order, which set the deadline for joinder of additional parties or amendment of pleadings for May 2, 2015.   To date, Plaintiff has failed to identify John Does 1-10 and the file contains no proof of service upon nor entry of appearance on behalf of John Does 1-10.

Accordingly,

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 4(m), Plaintiff shall show cause in writing, within fourteen (14) days of the date of this Order, why this action should not be dismissed without prejudice as to John Does 1-10 for lack of timely service.

Dated this 5th day of May, 2015.

Ronnie L. White

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE